UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,            **CONSENT TO PROCEED TELEPHONE CONFERENCE**

      -against-

                                                                                                                **20 Cr.**

SEQUAMN STORTS,

               Defendant.
-----------------------------------------------------------------X

Defendant **Sequamn Storts** hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment on an Indictment

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Sentencing


/s/ Sequamn Storts by JCM on consent                                  /s/
Defendant's Signature                                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

SEQUAMN STORTS                                                Susanne Brody
Print Defendant's Name                                          Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 30, 2020                                                             *Judith C. McCarthy*
Date                                                                             Hon. Judith M. McCarthy,
                                                                             U.S. Magistrate Judge
                                                                             Southern District of New York