UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                              **CONSENT TO PROCEED BY**
                                                       **VIDEO OR TELE CONFERENCE**
         -against-
                                                       20 Cr.576(PMH)
Sequamn Storts
                    Defendant(s).
-----------------------------------------------------------------X

Defendant Sequamn Storts hereby voluntarily consents to participate in the following proceeding via     ☒ videoconferencing or ☒ teleconferencing:

☐       Initial Appearance Before a Judicial Officer

☐       Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐       Guilty Plea/Change of Plea Hearing

☐       Bail/Detention Hearing

☒       Conference Before a Judicial Officer


___Sequamn Storts by *Susanne Brody*___        ___*Susanne Brody*_____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Sequamn Storts                           Susanne Brody
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

January 12, 2021___                            _____
Date                                           U.S. District Judge Philip M. Halpern
                                               Southern District of New York