# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 1/14/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

              Plaintiff                        **SCHEDULING ORDER**

    -against-

                                                          7:20-cr-00576-PMH

Sequam Storts
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Revocation hearing for 1/15/2021 at 10:30 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: January 14, 2021
       White Plains, New York

                                              SO ORDERED:

                                              s/    PED
                                              _____

                                              PAUL E. DAVISON
                                              United States Magistrate Judge