UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,                   **CONSENT TO PROCEED BY
                                                                        VIDEO OR TELE CONFERENCE**

                     -against-                                  20 Cr.576(PMH)

Sequamn Storts

                     Defendant(s).
-----------------------------------------------------------------X

Defendant Sequamn Storts hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐    X     Bail/Detention Hearing


_Sequamn Storts by Susanne Brody_         _Susanne Brody_
Defendant's Signature                                 Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Sequamn Storts                                       Susanne Brody
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

January 15, 2021
Date                                             The Honorable Paul S Davison
                                                U.S. Magistrate Judge