```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :
                                    :     ___ CR _____ (   )
                                    :
       -against-                    :         ORDER
                                    :
                                    :
                                    :
         Defendant                  :
------------------------------------x
```

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States Magistrate Judge

Dated:   White Plains, New York