UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SEQUAMN STORTS

                                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 576 (PMH)

Defendant **Sequamn Storts** hereby voluntarily consents to participate in the following proceeding via __X videoconferencing or _X__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

__x__ Entry of a guilty plea before a District Court Judge


Sequamn Storts by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Sequamn Storts

Print Defendant's Name

*Susanne Brody*
Defendant's Counsel's Signature

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April
~~March~~ 7, 2021
Date

The Honorable Philip M. Halpern
United States District Court Judge