# Federal Defenders
## OF NEW YORK, INC.

Southern District of New York
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124

David E. Patton
*Executive Director
and Attorney-in-Chief*

Jennifer Brown
*Attorney-in-Charge*

> The application is denied, as Court is unable to accommodate the request to advance Defendant's sentencing date.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 30.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 30, 2021

**BY ECF AND MAIL**

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Sequamn Storts**
    **20 Cr. 576 (PMH)**

Dear Judge Halpern:

This letter is written on behalf of Mr. Sequamn Storts who is currently scheduled for sentencing before this Court on Tuesday, August 9, 2021 at 11:00 a.m. We respectfully request that Mr. Storts be sentenced the week of July 12, 2021. This request is being made because that will be my last week in the Federal Defenders office and Mr. Storts hopes that it will be possible for me to represent him at sentencing. We thank the Court in advance for your kind consideration of this request.

Respectfully submitted,

/s/

Susanne Brody

cc: Jennifer Ong, A.U.S.A.
    Nichole Brown-Morin U.S.P.O.
    Mr. Sequamn Storts