# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

July

[VIA ECF AND EMAIL]

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Sequamn Storts*, 7

Dear Judge Halpern:

> Application granted on consent. The sentencing scheduled for August 12, 2021 is adjourned to 11:00 a.m. on October 6, 2021. At that time, the sentencing will be held in a courtroom to be determined in the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York.
>
> The Government is directed to file a proposed Order excluding time under the Speedy Trial Act by 5:00 p.m. on August 6, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 39.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 3, 2021

    I write regarding the above captioned matter to request an adjournment of the sentencing currently set for August 12, 2021, at 2:30 p.m., to a date and time in mid-September 2021.

    I joined the Federal Defenders Office last week and have taken over many cases, including this one, from Susanne Brody. I am in the process of familiarizing myself with Ms. Brody's cases and the practices in the Southern District of New York. I respectfully request additional time in this matter as it would allow me to familiarize myself with the file and Mr. Storts in order to best advocate for him at sentencing. It would also provide me an opportunity to meet with him in person to more thoroughly discuss his case in advance of sentencing.

    I have consulted with Mr. Storts and he has no objection to this request. I have also consulted with Assistant United States Attorney Courtney Heavey and she consents to the instant request for an adjournment. The parties also jointly consent to the exclusion of time.

Respectfully submitted,

Elizabeth K. Quinn
Counsel for Mr. Storts

cc: Courtney Heavey, A.U.S.A. (via electronic mail)