**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

> Application granted. The status conference scheduled for June 20, 2024 is adjourned to July 24, 2024 at 11:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           June 18, 2024

Re:     *United States v. Sequamn Storts*, No. 20 Cr. 576 (PMH)

Dear Judge Halpern:

The Government writes to respectfully request that the status conference in the above-referenced case, currently scheduled for June 20, 2024, at 4 p.m., be rescheduled to a date roughly 30 days later, in the last two weeks of July, at the Court's convenience. The Government has been advised by the Probation Officer that Mr. Storts's next date in state court is July 11, 2024, and accordingly requests that the status conference be rescheduled to a date after that appearance, and during the weeks of July 22 or 29, at the Court's convenience. The Government has consulted with the Probation Officer and with defense counsel, and both agree to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Justin L. Brooke*
     Justin L. Brooke
     Assistant United States Attorney
     (914) 993-1918

CC:    Elizabeth Quinn, Esq. (via ECF)
         Jeffrey Steimel, U.S. Probation Officer (via email)