# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

~~Jennifer L. Brown~~
*~~Attorney-in-Charge~~*

Application granted. The status conference scheduled for July 24, 2024 is adjourned to August 29, 2024 at 4:00 p.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 51).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
       July 16, 2024

July

VIA EMAIL AND ECF

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Sequamn Storts*, 20-cr-576 (PMH)

Dear Honorable Judge Halpern:

I write to request an adjournment of the status conference scheduled for Wednesday, July 24, 2024, at 11:30 a.m., to a date in mid- to late August.

The state cases, which are the basis for specifications 1-3, are still pending in state court. Those cases have been adjourned to August 8, 2024. Therefore, the parties are requesting that our status conference be adjourned to a date in mid- to late August after the state case for a status conference. I have conferred with the government through Assistant United States Attorney Justin Brooks and Mr. Storts's probation officer, Jeffrey Steimel and neither object to this request.

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Counsel for Sequamn Storts

cc: Justin Brooks, AUSA
    Jeffrey Steimel, USPO