

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. The status conference scheduled for January 22, 2025 is adjourned to March 20, 2025 at 11:30 a.m. It is the Government's responsibility to have the defendant produced to the White Plains Courthouse at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 57).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>             January 15, 2025

**Via ECF and Email**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:   *United States v. Sequamn Storts*, No. 20 Cr. 576 (PMH)

Dear Judge Halpern:

The Government writes on behalf of the parties to respectfully request that the status conference in the above-referenced case, currently scheduled for January 22, 2025, at 10 a.m., be rescheduled to a date roughly 45–60 days later, at the Court's convenience. The Government and defense counsel have been advised by the Probation Officer that Mr. Storts's next date in state court is January 31, 2025, which we are advised may entail a resolution of those charges. The parties accordingly respectfully request that the January 22 status conference in this case be rescheduled to a date during early-mid March, so to enable the state-court case to proceed further. The parties and the Probation Officer have conferred, and all agree to this request.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: */s/ Justin L. Brooke*
      Justin L. Brooke
      Assistant United States Attorney
      (914) 993-1918

CC:   Elizabeth Quinn, Esq. (via ECF and email)
        Jeffrey Steimel, U.S. Probation Officer (via email)
        Claire Francisco, U.S. Probation Officer (via email)