UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :   **RESCHEDULING ORDER**
                                    :
SEQUAMN STORTS,                     :   7:20-cr-576 (PMH)
                                    :
            Defendant.              :
-----------------------------------------------------------x

The VOSR Status Conference scheduled for March 20, 2025 is rescheduled to April 14, 2025 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 18, 2025

_____
Philip M. Halpern
United States District Judge