UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :    **SCHEDULING ORDER**
                                        :
SEQUAMN STORTS,                         :    7:20-cr-576 (PMH)
                                        :
            Defendant.                  :
-----------------------------------------------------------x

Based on Defendant's representation to the Court that he intends to admit to certain specifications in the Amended Violation of Supervised Release Report, the April 14, 2025 status conference is adjourned to June 11, 2025 at 10:45 a.m., in a courtroom to be determined at the White Plains Courthouse, and converted to an admission and sentencing hearing. By June 2, 2025, counsel shall file a status letter including their positions concerning the anticipated plea and sentencing and shall submit to the Court any documents and/or agreements necessary for the Court's consideration in connection with the hearing.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       April 10, 2025

                                        _____
                                        Philip M. Halpern
                                        United States District Judge